IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                 No.    CV 16-0388 JB/SMV
                                                  CR 09-2619 JB

ERNIE MARTINEZ,

    Defendant.

## ORDER

    This matter is before the Court, *sua sponte* under rule 4(b) of the Rules Governing Section 2255 Cases, on Defendant's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence (CV Doc. 1, 5; CR Doc. 58, 62).  The Court will direct the United States to answer Defendant's motion.

    IT IS HEREBY ORDERED that the Clerk is directed to forward to the United States of America a copy of Defendant's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence and supporting papers and exhibits, if any, together with a copy of this Order;

    IT IS FURTHER ORDERED that, within twenty-three days of entry of this Order, the United States answer Defendant's § 2255 motion.

                                                      _____
                                                      **STEPHAN M. VIDMAR**
                                                      **UNITED STATES MAGISTRATE JUDGE**