IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CV. NO. 16-0388 JB/SMV |
| | ) | CR. NO. 09-2619 JB |
| ERNIE MARTINEZ, | ) | |
| | ) | |
| Defendant. | ) | |

**<u>ORDER GRANTING EXTENSION OF TIME TO ANSWER 28 U.S.C. § 2255 PETITION</u>**

THIS MATTER has come before the Court upon the United States' Motion for an Extension of Time to Answer the 28 U.S.C. § 2255 Petition (CV Doc. 8; CR Doc. 65.) Opposing counsel does not oppose the granting of the motion. The Court having reviewed the motion finds the motion is well taken and should be granted.

IT IS THEREFORE ORDERED that the time in which the United States may file its answer to Petitioner's Motion to Vacate, Set Aside, or Correct a Sentence Pursuant to 28 U.S.C. § 2255 (CV Doc. 1; CR Doc. 58, 62), is extended until October 7, 2016.

_____
STEPHAN M. VIDMAR
United States Magistrate Judge

SUBMITTED AND APPROVED BY:

*Electronically submitted on 7/21/16*
JON K. STANFORD
Assistant U.S. Attorney

*Electronically approved on 7/20/16*
JASON BOWLES
Attorney for Ernie Martinez