IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 09-CR-02619 JB |
| ) | 16-CV-0388 JB/SMV |
| ERNIE MARTINEZ, ) | |
| ) | |
| Defendant. ) | |

**ORDER ON MOTION TO FILE SUPPLEMENTAL BRIEF**

The Court, having reviewed the Unopposed Motion to File Supplemental Motion to Correct Sentence Under 28 U.S.C. 2255 filed in the above captioned case, and having no objection from the United States Attorney's Office, finds that the motion is well taken and will be granted.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. The Defendant/Petitioner may file his supplemental motion to correct sentence.

2. Defendant/Petitioner will file his supplemental brief by Friday, July 29, 2016.

_____
**HON. STEPHAN VIDMAR**
**United States Magistrate Judge**

Submitted by:


/s/ Jason Bowles
Jason Bowles
*Attorney for Defendant/Petitioner*

Approved by:

via electronic mail on July 26, 2016:
Mr. Jon Stanford

*Attorney for Plaintiff/Respondent*